## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

### Petition for Warrant or Summons for Person Under Supervision

Person Under Supervision:    James Winston Jones Jr.

Case Number:  2:17CR00253-001
        2:20CR00061-001
USM Number: 38665-068

Name of Sentencing Judicial Officer: The Honorable Mark R. Hornak
              Chief United States District Judge

Date of Original Sentence: January 12, 2021

Original Offense: Possession of a Firearm and Ammunition by a Convicted Felon

Original Sentence: 46 months' imprisonment and 4 years' supervised release

Type of Supervision: Supervised Release

Date Supervision Commenced: May 13, 2021
Expiration Date: May 12, 2025

---

### PETITIONING THE COURT

[X]   To issue a warrant

The probation officer believes that the person under supervision has violated the following conditions of supervision:

**Violation Number 1:**

*You must not commit another federal, state, or local crime.*

**Nature of Noncompliance:**

On April 2, 2022, an officer with the North Braddock Police Department was dispatched to 826 Walnut Street at 1432 for reports of a burglary/home invasion either in progress or just occurred. Upon arrival, the officer was met by a female witness to the incident who stated that she saw the male actor come and go and she described him to have a big beard and to be carrying a drawstring bag and a garbage bag. She also noted that he had taken flight from the scene.

It was later discovered that the actor in this incident, James Jones Jr., had a vehicle waiting for him somewhere in the area, which is how he fled the area so quickly. When the officer was unable to locate Jones Jr., he returned to the scene to speak with the female witness again. This witness contacted the homeowner, Z.G., who stated that she was at work, but sent the witness a photo of the male who she stated, "knows who did it." The photo was sent to the witness while the officer was on scene and was determined to be James Jones Jr. The witness confirmed that the photo was the person that she saw leaving the property as she was calling 911. She noted that she had also seen the back door to the property at 826 Walnut was kicked in.

Approximately an hour and a half later, the officer returned to 826 Walnut to follow up with the homeowner when she returned to the residence after work. The officer asked Z.G. why there was a couch blocking her front door, and she noted that she doesn't use the front door, she only uses the back door. At that time, Z.G. showed the officer text messaged and Facebook messages from Jones Jr. These messages indicated that Jones Jr. wanted his belongings from inside the house and that he was on his way to her house. In these messages, Z.G. responds by saying that she isn't home yet so Jones Jr. would need to wait. He responds by stating that he had a ride available, so he was going to the residence. In the messages Jones Jr. also notes that he's "strapped" and doesn't care. The messages and positive identification from the witness place Jones Jr. at the scene in the timeframe of the incident. Additionally, following the break-in, the belongings that Jones Jr. wanted and had been asking for in the messages were no longer in the residence. Z.G. also stated that her Play Station 4 console, valued at about $400, the  associated controller, valued at about $60, and two Play Station 4 games, valued at about $120, were all missing. Based on the above-noted information, the officer requested an arrest warrant for James Jones Jr. On May 13, 2022, James Winston Jones Jr. was charged at Allegheny County OTN #G 907242-0 with Burglary (F1), Criminal Trespass (F2), and Theft by Unlawful Taking (M1). On July 19, 2022, the charges were withdrawn.

## Violation Number 2:

*After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.*

## Nature of Noncompliance:

The undersigned officer last had in person contact with Mr. Jones on April 7, 2022 at a site that he had been working in the East Liberty section of Pittsburgh. Following that visit, this officer attempted to have physical contact with Mr. Jones at his residence, place of employment, in the community, or at the probation office on multiple occasions, but Mr. Jones was either unavailable or had a reason for which contact would not be possible, including work, illness, or other obligations. This officer last had text communication with Mr. Jones on August 29, 2022. Mr. Jones had provided this officer with a new residence plan and arranged a home inspection with this officer for the following day. Despite this, Mr. Jones was not available for a home contact and never answered this officer's calls or texts. Since that time, this officer has attempted to contact Mr. Jones at all of his contact numbers, via email, through various collateral contacts, including his romantic partners, family, treatment providers, and employers, all with no luck. This officer also sent Mr. Jones certified mail, which included a letter directing him to contact this officer as soon as possible and report to the probation office within a certain timeframe, and despite this, Mr. Jones still has not contacted this officer or made himself available for supervision.

## Violation Number 3:

*You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.*

2

**Nature of Noncompliance:**

While Mr. Jones had initially established a stable residence, throughout the last year, Mr. Jones has repeatedly changed his address of record with the probation office, each time indicating a new address before the prior address could be inspected. The last address Mr. Jones provided to the probation office was in the Hazelwood section of Pittsburgh. This officer was never able to locate him there and at last contact with the female who was renting the home, she noted to this officer that she had not had contact with Mr. Jones and was unaware of where he was living.

**Violation Number 4:**

*You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.*

**Nature of Noncompliance:**

As noted above, each time Mr. Jones changed his residence, he was always unavailable to meet with this officer at the residence for a home inspection. At his most recent reported address, this officer was also unable to visit him and since that visit, communication with the resident of that home revealed that Mr. Jones does not live there.

**Violation Number 5:**

*You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.*

**Nature of Noncompliance:**

On October 14, 2022, this officer confirmed with Mr. Jones' boss that he had been terminated from his employment due to continued aggression and substandard work product. Mr. Jones did not report a change in his employment with this officer.

**Violation Number 6:**

*If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.*

**Nature of Noncompliance:**

On August 8, 2022, the undersigned officer received a copy of two incident reports from the Coraopolis Police Department, noting that Mr. Jones had police contact on both July 9, 2022 and August 8, 2022, and he did not report this contact to the undersigned officer until questioned about the incidents on August 11, 2022. The narrative from each Incident Report is noted below, and despite the potential for criminal charges, to date, no criminal charges have been filed against Mr. Jones for any of the allegations in the incident reports.

*Incident #1:*

On July 9, 2022, Coraopolis Police Officers responded to a reported domestic incident at 739 Hiland Avenue. Upon arrival, officers made contact with James Jones, who stated he was leaving the residence but needed to retrieve more of his property from the home. Officers noted that Jones was being fully cooperative and remained at the edge of the yard with his property. Jones stated that he was frustrated and had threatened to kick in the door, but he did not.

Officers then spoke with R.B., who was in possession of a firearm at the time of contact. Officers requested that R.B. place her firearm inside of the residence, since she was very upset, and she complied. R.B. stated that Jones spit on her, and she wanted him to leave the residence. R.B. further added that she would shoot Jones if he spit on her again.

R.B. advised officers that the event was captured on her Ring doorbell camera. Officers requested to view the events on the video, but R.B. refused and became defensive. Jones requested that officers assist him with retrieving his stereo, but R.B. refused to cooperate and closed the front door. One of the officers advised all parties to take this matter to the local magistrate for determining a resolution for the property in question.

Officers assisted Jones with his property to the Borough lot where he waited for a ride. Prior to a police transport, Jones advised that he had a little weed on him and handed it to officers. Officers noted that they appreciated Jones's honesty and advised him that he would not be charged, but the drugs would be destroyed. One of the officers later flushed the small amount of marijuana down the drain.

**Incident #2:**

On August 8, 2022, Coraopolis Police Officers were dispatched back to the police station to speak with a walk-in complainant. Upon arrival, contact was made with R.B., who wanted to file a report regarding two of her firearms, which were missing from her residence, and she believed them to be stolen. R.B. provided officers with the following identifying information for her missing firearms.

> Firearm 1: Walther PPS 9mm, serial #AQ86O4, all black in color
> Firearm 2: Ruger 3810 9mm, serial #984-62401, all black in color

R.B. stated that she had the Walther PPS firearm inside of her vehicle, and she stored the Ruger 3810 firearm in a box in her bedroom. R.B. reported that she last saw the Walther PPS firearm on August 3, 2022, where it was stored inside of her vehicle's center console. She stated that a male who was staying with her, identified as James Winston Jones Jr., was the last person to be in her bedroom and vehicle. R.B. reported that she did not see Jones Jr. with the guns, but she was certain that he was the last person with access to them. R.B. further reported that towards the end of July 2022, her vehicle was repossessed, but when she got it back on July 28, 2022, the Walther PPS firearm was still inside of the center console. After taking R.B.'s report, officer contacted James Jones Jr. to inquire about the reported missing firearms. Mr. Jones reported to the officers that he did not have the firearms or know their location.

## Violation Number 7:

*The defendant shall attend, successfully complete, and pay for any diagnostic evaluations and treatment or counseling programs for anger management, as directed by the probation officer.*

## Nature of Noncompliance:

On January 12, 2023, this officer confirmed with a representative at Wesley Family Services that Mr. Jones did not attend and successfully complete an anger management program.

## Violation Number 8:

*It is further ordered that the defendant shall pay to the United States a special assessment of $100, which shall be paid to the United States District Court Clerk forthwith.*

## Nature of Noncompliance:

To date, Mr. Jones has not made any payments towards his mandatory special assessment of $100.

**U.S. Probation Officer Recommendation:**

As noted above, Mr. Jones has committed multiple violations of his supervised release. Currently, Mr. Jones's whereabouts are unknown, and he has failed to report as instructed or acknowledge attempts for contact from this officer. The undersigned officer has called, texted, emailed, mailed certified letters and appointment notices, contacted various collateral sources (ex-girlfriends, ex-employers, treatment providers, etc.), and attempted personal contact with Mr. Jones at his address of record, all to no avail. Thus, due to the serious nature of Mr. Jones's conduct and the inability of the undersigned officer to supervise Mr. Jones, the Probation Office respectfully requests a warrant be issued for the offender's arrest and his supervised release be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 6, 2023

Respectfully submitted,

Approved,

by   _Kristie McVay_
Kristie McVay
2023.02.07 20:21:33
-05'00'

Kristie McVay
Special Offender Specialist
U.S. Probation Officer

by   _Cristina Figueroa_
Cristina Figueroa
2023.02.07
16:58:17 -05'00'

Cristina Figueroa
Assistant Deputy Chief
U.S. Probation Officer

**THE COURT ORDERS:**

- [ ] No Action
- [x] The Issuance of a Warrant
          Petition to be Unsealed Upon Notice of Arrest
- [ ] No Bond is set
- [ ] Bond is set at _____
- [x] Bond is at the discretion of the Magistrate Judge
- [ ] The Issuance of a Summons:

| Appearance Date: | |
| --- | --- |
| Appearance Time: | |
| Courthouse: | |
| Courtroom Number: | |

- [ ] Telephonic Status Conference
- [ ] Other

_Signature_
Signature of Judicial Officer

2/8/2023
Date